UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/2/2023
```

BRAINCHILD SURGICAL DEVICES, LLC, a New York limited liability company, on behalf of themselves and those similarly situated,

                Plaintiff,

-against-

CPA GLOBAL LIMITED, a foreign entity formed under the laws of the Island of Jersey, Channel Islands,

                Defendant.

1:23-mc-230-MKV

**ORDER OF DISMISSAL**

**MARY KAY VYSKOCIL, United States District Judge:**

On July 31, 2023, Plaintiff filed a notice voluntarily dismissing this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(i). [ECF No. 22]. Accordingly, the Clerk of Court respectfully is requested to close the case.

**SO ORDERED.**

**Date:  August 2, 2023**
       **New York, NY**

_/s/ Mary Kay Vyskocil_
**MARY KAY VYSKOCIL**
**United States District Judge**